**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

March 13, 2025

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**ROY W. BREITENBACH**
MEMBER
DIRECT:  (516).880.8378
MOBILE:  516.382.5126
FAX:       516.880.8483
RBREITENBACH@HARRISBEACHMURTHA.COM

VIA ECF

The Hon. Jesse M. Furman
United States District Judge
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

RE:    *Gordon Surgical v. Empire*, 24-cv-08550-JMF

Dear Judge Furman:

We represent the Plaintiffs in this lawsuit. Jointly with Defendants, we write to respectfully request a 30-day adjournment of the March 19, 2025 initial pretrial conference before Your Honor, as well as the associated pre-conference submission deadline. The reason for this adjournment request is that the parties currently are actively exploring a settlement of this matter

Respectfully,

Roy W. Breitenbach

RWB:

cc:    Valerie Sirota, Esq.

Application GRANTED.  To facilitate settlement, the initial pretrial conference is hereby ADJOURNED to **April 23, 2025** at **9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 12.

SO ORDERED.

March 13, 2025

HARRIS BEACH MURTHA CULLINA PLLC