**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

April 7, 2025

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

VIA ECF

Roy W. Breitenbach
Member
Direct:  (516).880.8378
Mobile: 516.382.5126
Fax:    516.880.8483
rbreitenbach@harrisbeachmurtha.com

The Hon. Jesse M. Furman
United States District Judge
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: *Gordon Surgical Group v. Empire HealthChoice*, 24-cv-08550

Dear Judge Furman:

We represent Plaintiff in this lawsuit. We jointly submit this letter with Defendants' counsel to request a stay of this action while the parties continue to negotiate a global resolution of Plaintiff's claims in this case and the other cases pending before other courts in this District.

It has taken the parties longer than anticipated to reach a resolution given the number of claims at issue and the age of some of those claims. Thus, in the interest of judicial economy and so as to not further burden the Court, the parties respectfully request a 90-day stay of this action, including all conferences and deadlines. The parties will endeavor to finalize settlement and file a stipulation of dismissal within those 90 days.

We thank Your Honor for your consideration of this matter.

Respectfully,

*Roy W. Breitenbach*

Roy W. Breitenbach

RWB:

cc: Valerie Sirota, Esq.

Harris Beach Murtha Cullina PLLC

**Application GRANTED. To facilitate settlement, the initial pretrial conference currently scheduled for April 23, 2025, is hereby ADJOURNED to July 23, 2025, at 9:00 a.m., and Defendants' answer deadline is hereby EXTENDED to July 21, 2025. The Clerk of Court is directed to terminate ECF No. 14.**

**SO ORDERED.**

*[signature]*

**April 8, 2025**