UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :

GORDON SURGICAL GROUP, P.C. et al.,        :

                                                    Plaintiffs,     :                 24-CV-8550 (JMF)

                   -v-                                  :                     ORDER

EMPIRE HEALTHCHOICE HMO INC. et al.,    :

                                                     Defendants.    :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* Docket No. 31, Defendants' earlier motion to dismiss filed at Docket No. 25 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **October 17, 2025**. Defendants' reply, if any, is due by **October 24, 2025**.

       The Clerk of Court is directed to terminate Docket No. 25.

       SO ORDERED.

Dated: October 3, 2025
       New York, New York

                                                              JESSE M. FURMAN
                                                       United States District Judge